The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_John P. Gustafson_
United States Bankruptcy Judge

**Dated: January 23 2015**

BK1402236
REG

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT TOLEDO

| | |
|---|---|
| IN RE: | Case No. 14-31958 |
| Michael J. Robie<br>Dana L. Robie | Chapter 7 |
| | Judge Gustafson |
| Debtors | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT TO CITIMORTGAGE, INC. (PROPERTY ADDRESS: 107 ROCKLEDGE DRIVE PERRYSBURG , OH 43551)** |

     This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by CitiMortgage, Inc. ("Movant") on August 29, 2014 as PACER Docket No. 18). Movant has alleged that good cause exist for granting abandonment. Movant, Debtors, counsel for the Debtors, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. Debtors Counsel filed a response in opposition

1

to the Motion on September 18, 2014. At the hearing held on the Motion on January 16, 2015 the Court held that the request for relief from Stay was moot, because the discharge was previously granted, but that Abandonment was appropriate. For these reasons, it is appropriate to grant the abandonment as requested

IT IS, THEREFORE, ORDERED that the property located at 107 Rockledge Drive Perrysburg, OH 43551 is hereby Abandoned.

###

/s/ Edward J. Boll, III
Edward J Boll, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0072982
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3202
(513) 354-6464 fax
nohbk@lsrlaw.com

COPIES TO:

Patti Baumgartner-Novak - Trustee
3015 Navarre Avenue
Suite 203
Oregon, OH 43616
pnovak@buckeye-express.com
VIA ELECTRONIC SERVICE

Edward J Boll, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Capital One Bank - Creditor
140 East Shore Drive
Glen Allen, VA 23059
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Capital One Bank USA NA. - Creditor
15000 Capital One Drive
Richmond, VA 23238
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Huntington National Bank successor by merger to Sky Bank - Creditor
41 South High Street
Columbus, OH 43287
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

KeyBank National Association fka Society National Bank successor in interest to Ameritrust Company, National Association - Creditor
127 Public Square
Cleveland, OH 44114
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

John F Kostyo, Esq. - Attorney for Debtors
1100 East Main Cross Street
Suite 17, South Entrance
Findlay, OH 45840-3816
jfk@kostyolaw.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

3

Michael J. Robie - Debtor
107 Rockledge Drive
Perrysburg, OH 43551
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Dana L. Robie - Debtor
107 Rockledge Drive
Perrysburg, OH 43551
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Wood County Treasurer - Creditor
One Courthouse Square
Bowling Green, OH 43402
ORDINARY U.S. MAIL, POSTAGE PRE-PAID